

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2503001

DEBTOR(S):

WILLIAM JOSEPH SELTZER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $638.43
(1) No objection to the claim has been filed;
(2) the claimant is not a defendant in an adversary proceeding in the case; and
(3) in a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

CREDITOR'S SIGNATURE:

*/s/Lorel Thompson*

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/4/2025