Certificate Number: 05781-PAM-DE-040295058

Bankruptcy Case Number: 25-03001


05781-PAM-DE-040295058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2025, at 11:40 o'clock AM PST, William Seltzer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  November 10, 2025    By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President