In re:  Case No. 25-03001-MJC

William Joseph Seltzer  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3

Date Rcvd: Dec 02, 2025     Form ID: ntcnfhrg     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Joseph Seltzer, 32 Coal Street, Port Carbon, PA 17965-1805 |
| 5751792 | + | Sasha Gantlkowski, 32 Coal Street, Port Carbon, PA 17965-1805 |
| 5751799 | + | U.S. Attorney's Office, William J. Nealon Federal Bldg & Co, 235 N. Washington Av, Suite 311, Scranton, PA 18503-1533 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5753300 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 02 2025 18:59:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5758539 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:07:54 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5751775 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 02 2025 18:59:00 | American Honda Finance, American Honda Finance Corp, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 5751777 | + | Email/Text: BKPT@cfna.com | Dec 02 2025 18:58:00 | CFNA, Attn: Bankruptcy, Bk?11/Customer Service Po Box 81315, Cleveland, OH 44181-0315 |
| 5751776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2025 19:08:02 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5758234 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2025 18:57:02 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5751778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2025 19:08:02 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5751779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5751780 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5751781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2025 18:59:00 | Comenitycapital/michae, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5751782 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2025 19:07:53 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5751783 | | Email/Text: mrdiscen@discover.com | Dec 02 2025 18:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5751784 | | Email/Text: BNSFN@capitalsvcs.com | Dec 02 2025 18:58:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5751785 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 02 2025 19:07:54 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5759840 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 02 2025 18:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 5751786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:06 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5751787 | | Email/Text: camanagement@mtb.com | Dec 02 2025 18:58:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5756962 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2025 19:07:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5751788 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 02 2025 18:58:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5751789 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 02 2025 18:58:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5751790 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2025 19:07:56 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5752614 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 19:08:06 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5759799 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2025 18:59:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5755931 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 02 2025 18:59:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5751791 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 02 2025 18:59:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5751793 | + | Email/Text: ssa.bankruptcy@ssa.gov | Dec 02 2025 18:58:00 | Social Security Administration, Ofc of the Gen Counsel, Ofc of Prog, 6401 Security Boulevard, Baltimore, MD 21235-0001 |
| 5751794 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5751795 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5751796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:01 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5751797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2025 19:08:06 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5751798 | + | Email/Text: synovusbankruptcy@synovus.com | Dec 02 2025 18:59:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pinnacle Credit Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5759800 | *+ | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5759801 | *+ | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 1 William Joseph Seltzer CourtNotices@RQPlaw.com general@RQPlaw.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Joseph Seltzer,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−03001−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2025 |

ntcnfhrg (08/21)