**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: William Joseph Seltzer,** | **:** | **Chapter 13** |
| **Debtor** | **:** | **Bky. No.: 5:25-bk-03001-MJC** |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for William Joseph Seltzer, hereby certify that a true and correct copy of the Order Confirming Amended Chapter 13 Plan filed 1/7/2026 was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on February 20, 2026:***

Matthew K. Fissel on behalf of Creditor Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos, Esq. Chapter 13 Trustee
ecf_pahu_alt@trustee13.com

***Via First Class US Mail on February 25, 2026:***

William Seltzer
32 South Coal Street
Port Carbon, PA 17965

All other creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*__________
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Counsel for Debtor

Date: February 25, 2026