**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: William Joseph Seltzer,** | **:** | **Chapter 13** |
| **Debtor** | **:** | **Bky. No.: 5:25-bk-03001-MJC** |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for William Joseph Seltzer, hereby certify that a true and correct copy of the Order Confirming Amended Chapter 13 Plan filed 1/7/2026 was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on February 20, 2026:***

Matthew K. Fissel on behalf of Creditor Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos, Esq. Chapter 13 Trustee
ecf_pahu_alt@trustee13.com

***Via First Class US Mail on February 25, 2026:***

William Seltzer
32 South Coal Street
Port Carbon, PA 17965

All other creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*___________
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Counsel for Debtor

Date: February 25, 2026

Label Matrix for local noticing
0314-5
Case 5:25-bk-03001-MJC
Middle District of Pennsylvania
Wilkes-Barre
Wed Feb 25 14:33:21 EST 2026

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pinnacle Credit Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Honda Finance
American Honda Finance Corp, Attn
Po Box 168128
Irving, TX 75016-8128

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

CFNA
Attn: Bankruptcy
Bk?11/Customer Service Po Box 81315
Cleveland, OH 44181-0315

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

Comenity/Big Lots
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 183003
Columbus, OH 43218-3003

Comenitycapital/michae
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MARINER FINANCE LLC
8110 CORPORATE DRIVE
NOTTINGHAM, MD 21236-5034

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

Santander Consumer USA Inc.
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Santander Consumer Usa
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161-0211

Sasha Gantlkowski
32 Coal Street
Port Carbon, PA 17965-1805

Social Security Administration
Ofc of the Gen Counsel, Ofc of Prog
6401 Security Boulevard
Baltimore, MD 21235-0001

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

Synovus Bank
Attn: Bankrupty Department
P.O.Box 120
Columbus, GA 31902-0120

U.S. Attorney's Office
William J. Nealon Federal Bldg & Co
235 N. Washington Av, Suite 311
Scranton, PA 18503-1533

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Joseph Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464-6096

William Joseph Seltzer
32 Coal Street
Port Carbon, PA 17965-1805

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

First Nataional Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud MN 56302-9617

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LAKEVIEW LOAN SERVICING, LLC | (d)Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients 46<br>Bypassed recipients 2<br>Total 48 |