**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: William Joseph Seltzer, | : | Chapter 13 |
| Debtor | : | Case No. 5:25-bk-03001-MJC |

# PRAECIPE TO WITHDRAW THE CERTIFICATE OF SERVICE [DOCUMENT NO. 26]

TO THE CLERK OF COURT:

Kindly withdraw the Certificate of Service filed by Debtor William Joseph Seltzer on February 25, 2026 [Document No. 26].

**ROSS, QUINN & PLOPPERT, P.C.**

By: *_/s/ Joseph Quinn_*________
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: February 25, 2026